# UNITED STATES DISTRICT COURT

## Western District of Missouri

**PAMELA FRAZIER**

    *v.*

**JO ANNE B. BARNHART**

JUDGMENT IN A CIVIL CASE

Case Number: 05-5029-SSA-CV-SW-WAK

_ *Jury Verdict.* This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ *Decision by Court.* This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

*IT IS ORDERED AND ADJUDGED*

– *that the decision of the Commissioner is affirmed and this case is dismissed.*

ENTERED ON: March 1, 2006

|  |  |
|---|---|
| March 1, 2006 | PATRICIA L. BRUNE |
| Date | Clerk |
|  | /s L. Bax |
|  | (By) Deputy Clerk |